UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE SIMMONS,<br>        Plaintiff,<br>    v.<br>A. SMITH, et al.,<br>        Defendants. | Case No. 19-cv-04323-HSG<br><br>**ORDER OF DISMISSAL** |

On July 29, 2019, the Court received a petition for a writ of mandamus from Plaintiff. Dkt. No. 1. That same day, the Clerk of the Court informed plaintiff that this action was deficient because (1) she had filed to sign her petition as required by the Federal Rules of Civil Procedure and (2) she had failed to either pay the filing fee or submit an application to proceed *in forma pauperis*. Dkt. Nos. 2 and 3. Plaintiff was cautioned that the failure to correct these deficiencies by September 5, 2019 would result in dismissal of this action. *Id.* The deadline has passed and plaintiff has not submitted a signed copy of her petition, and she has not submitted an *in forma pauperis* application or paid the filing fee. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion **must** contain (1) a signed petition on the proper form, and (2) a complete *in forma pauperis* application, or full payment for the $350.00 filing fee. The Clerk shall terminate all pending motions, enter judgment and close the file.

    **IT IS SO ORDERED.**

Dated: 9/23/2019

                                              HAYWOOD S. GILLIAM, JR.
                                              United States District Judge