1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  JOYCE SIMMONS,                          Case No. 19-cv-04323-HSG
8         Plaintiff,                      **JUDGMENT**
9     v.
10 A. SMITH, et al.,
11        Defendants.
12
13     For the reasons set forth in the Order of Dismissal, this action is DISMISSED without
14 prejudice.
15     **IT IS SO ORDERED.**
16 Dated: 9/23/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge